IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROLD EUGENE CARMONY,** | CIV S-07-2793 FCD JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **STEPHEN MAYBERG, Director, DEPARTMENT OF MENTAL HEALTH, and NORMAN KRAMER, Executive Director, Coalinga State Hospital,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's request for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent shall file a response on or before May 10, 2008. Petitioner's traverse, if any, shall be filed thirty days thereafter.

Dated: April 8, 2008.

UNITED STATES MAGISTRATE JUDGE

/001;carm2793.eot